WILLIAM B. WILLIAMS V. HADDORFF PIANO COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ANNA GLEESON V. BLANCHE TRUSCOTT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ARTHUR J. PEEBLES V. NATHAN A. KARR and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

EDWIN E. LEONHARD V. JOHNSON TRADING CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ALBERT FREED, Individually, etc., and Another, v. ROBLEY HOLDING Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 4, 1929. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MILTON M. UNGER, as Trustee, etc., v. CLAIRE GERLI, Impleaded, etc.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

FRED WELLS V. RAY H. ARNOLD, Individually, etc., and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MADELINE GALLO V. PETER WILLIAMS. AURELIO GALLO V. PETER WILLIAMS.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

A. CANCELMO V. ATLANTIC COAST LINE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK V. NATHAN KALVIN. (Action No. 1.) — Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK V. NATHAN KALVIN. (Action No. 2.) — Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH FRIED V. PHILIP J. MORRIS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SHIRLAINE HOLDING CORPORATION V. T. A. GILLESPIE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LIBMAUR HOLDING CORPORATION V. T. A. GILLESPIE COMPANY, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOHN B. MARSHALL, as Executor, etc., of MATILDA HARRIS, Deceased, v. FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS, Impleaded with SAMARITAN HOSPITAL OF BROOKLYN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

TAGUE HOLDING CORPORATION V. SIDNEY HARRIS.— Motion denied, with ten